IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **BARBARA CLOSSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ENCORE CAPITAL GROUP, INC.,** )<br>**MIDLAND CREDIT MANAGEMENT, INC.,** )<br>**and MIDLAND FUNDING, LLC,** )<br>)<br>**Defendants.** )<br>) | **CASE NO. 4:19-CV-2748-DCC**<br><br>**JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND ADMINISTRATIVELY CLOSE CASE** |

  Plaintiff, Barbara Closson, and Defendants, Encore Capital Group, Inc., Midland Credit Management, Inc. and Midland Funding, LLC (collectively, the "Parties"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to arbitrate this matter with the American Arbitration Association, and further stipulate to the entry of the attached proposed order staying this lawsuit and administratively closing the case pending the conclusion of arbitration.

  Respectfully submitted this 5th day of November, 2019.

*s/ Penny Hays Cauley (with permission)*
Penny Hays Cauley, Fed Bar No. 10323
William K. Geddings, Fed Bar No. 12584
HAYS CAULEY, P.C.
1303 West Evans Street
Florence, SC 29501
Telephone:  (843) 665-1717
phc917@hayscauley.com
Attorneys for Plaintiff
BARBARA CLOSSON

/s/ Ryan S. Rummage
Ryan S. Rummage, Fed Bar No. 12753
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205 458-5100
rrummage@burr.com
Attorney for Defendants
ENCORE CAPITAL GROUP, INC., MIDLAND CREDIT MANAGEMENT, INC. AND MIDLAND FUNDING, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| BARBARA CLOSSON, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>ENCORE CAPITAL GROUP, INC., )<br>MIDLAND CREDIT MANAGEMENT, INC., )<br>and MIDLAND FUNDING, LLC, )<br>)<br>**Defendants.** )<br>_____ ) | CASE NO. 4:19-CV-2748-DCC<br><br>ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND ADMINISTRATIVELY CLOSE CASE |

THIS CAUSE came before the Court on the parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case. The Court has reviewed the Joint Stipulation and case file and is otherwise fully advised in the premises, and hereby ORDERS:

1. The Court GRANTS the Motion and compels this matter to arbitration and stay pending the conclusion of arbitration. The Clerk is directed to administratively close this matter.

DONE AND ORDERED on _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record