IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BARBARA CLOSSON, | ) |
|         Plaintiff, | ) CASE NO. 4:19-CV-2748-DCC |
| v. | ) ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND ADMINISTRATIVELY CLOSE CASE |
| ENCORE CAPITAL GROUP, INC., MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC, | ) |
|         Defendants. | ) |

THIS CAUSE came before the Court on the parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case. The Court has reviewed the Joint Stipulation and case file and is otherwise fully advised in the premises, and hereby ORDERS:

1. The Court GRANTS the Motion and compels this matter to arbitration and stay pending the conclusion of arbitration. The Clerk is directed to administratively close this matter.

DONE AND ORDERED on _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

42358165 v1